USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2147 LUDWIG HAKEN, I AND NAOMI HAKEN, Appellants, v. THE MONEY STORE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Ludwig L. Haken, I on brief pro se. __________________ Mark G. May and Thornton & Thornton, P.A. on brief for appellee. ___________ _________________________ ____________________ May 7, 1997 ____________________ Per Curiam. The district court did not abuse its __________ discretion in dismissing debtor's appeal for lack of prosecution when debtor failed to file a brief within Rule 8009's 15-day limit. The July 25, 1996 notice of docketing and briefing deadline, which clearly referenced Rule 8009, was not confusing and should not have misled debtor had debtor read Rule 8009. Debtor's other arguments are outside the scope of the present appeal from the August 14, 1996 and September 19, 1996 orders dismissing for lack of prosecution, but are, in any event, meritless. Affirmed. ________ -2-